UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Apryl Palen

Case No.: 18-21912/JNP
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___September 25, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
319 Crawford Avenue
Maple Shade, NJ
FMV - $186,000.00 |
|---|---|

| Liens on property: | PNC Bank - $126,463.00
PNC Bank - $27,787.00 |
|---|---|

| Amount of equity claimed as exempt: | $8,022.00*
*Additional exemptions are available. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21912-JNP
Apryl Ariane Palen                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 22, 2018
                      Form ID: pdf905            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
```
db             +Apryl Ariane Palen,    319 Crawford Avenue,    Maple Shade, NJ 08052-2703
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
517587403     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517587404      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
517587405      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517587408      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517587407      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517598976      +PNC BANK, N.A.,    Law Office of Frank J. Martone,    1455 Broad Street,
                Bloomfield, NJ 07003-3068
517634216      +PNC BANK, N.A.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517587413      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
517587414      +Rubin & Rothman LLC,    1787 Veterans Highway,    Suite 32,    PO Box 9003,
                Islandia, NY 11749-9003
517587416      +Rubin & Rothman LLC,    1787 Veterans Memorial Highway,    Islandia, NY 11749-1500
517587415      +Rubin & Rothman LLC,    1787 Veterans Memorial Hwy,    Islandia, NY 11749-1500
517587417     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
517587418      +Stephanie Cecero,    16 Farmhouse Road,    Sicklerville, NJ 08081-1609
517587421      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2018 22:52:16      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2018 22:52:14      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517587402       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 22 2018 22:52:24      American Honda Finance,
                Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517587406      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 22 2018 22:52:00      Comenity Bank/Pier 1,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517587410       E-mail/Text: cio.bncmail@irs.gov Aug 22 2018 22:51:41      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517587411      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 22 2018 22:51:35      Kohls/Capital One,
                Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517587412      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2018 22:52:14      Office of the U.S. Trustee,
                District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
517587419      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2018 22:57:38      Syncb/citgo,    Po Box 965060,
                Orlando, FL 32896-5060
517589357      +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2018 22:57:37      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517587420       E-mail/Text: bankruptcy@td.com Aug 22 2018 22:52:19      TD Bank, N.A.,    32 Chestnut Street,
                Po Box 1377,   Lewiston, ME 04243
                                                                                               TOTAL: 10

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517587409*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Special Procedures Branch,
                Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 22, 2018
                              Form ID: pdf905          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
              Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Joel R. Spivack    on behalf of Debtor Apryl Ariane Palen joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joseph    Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```