Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−21912−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Apryl Ariane Palen
   aka Apryl A. Palen−Ross
   319 Crawford Avenue
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−9175

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 17, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 12
Order Denying Approval of Reaffirmation Agreement. (related document:12 Reaffirmation Agreement filed by Creditor American Honda Finance Corp.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/16/2018. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 17, 2018
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Apryl Ariane Palen  
    Debtor

Case No. 18-21912-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2018  
                    Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.  
db         +Apryl Ariane Palen,    319 Crawford Avenue,    Maple Shade, NJ 08052-2703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2018 00:47:22      American Honda Finance Corp.,    P.O. Box 168088,    Irving, TX   75016-8088  
                                                                                                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:  
           Frank J Martone     on behalf of Creditor     PNC BANK, N.A. bky@martonelaw.com  
           Joel R. Spivack     on behalf of Debtor Apryl Ariane Palen joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com  
           Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
           Kevin Gordon McDonald     on behalf of Creditor     PNC BANK, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                TOTAL: 5